IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**Ryan Okenfuss**   )
301 W. 3rd St., Apt. E   )
Gerald, MO 63037,   )
   )
      Plaintiff,   )
   )   Case No. 4:12-cv-00013-RWS
vs.   )
   )
**Northland Group, Inc.**   )
   )   *So Ordered*
   )
   )   *[signature] USDJ 2/29/12*
      Defendant.   )

<u>Notice of Dismissal</u>

It is hereby stipulated by and between plaintiff, Ryan Okenfuss, and defendant, Northland Group, Inc., that Plaintiff's Complaint and all of Plaintiff's claims and causes of action arising herein be, and the same are, hereby dismissed with prejudice to plaintiff. The parties shall bear their own court costs.

                              Respectfully submitted,

                              /s/ Steven R. White
                              _____
                              Purschke, White, Robinson & Becker LLC
                              STEVEN R. WHITE #45595MO, MBE 45595
                              316 E. Locust
                              Union, Missouri 63084
                              white@purschkewhite.com
                              (636) 583-5760  Fax: (866)804-1569
                              ATTORNEY FOR PLAINTIFF